IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAITLYN BARLOW,
    Plaintiff,

v.                                       Civil Action No.: 1:17-cv-100-LF-KK

GEICO ADVANTAGE INSURANCE
COMPANY,
    Defendant.

## **MOTION TO REMAND TO STATE COURT**

PLAINTIFF, Kaitlyn Barlow, through undersigned counsel of record, the action having been improperly removed by Defendant Geico Advantage Security Company ("Geico"), hereby moves this Court to remand this action to state court. Plaintiff concurrently files her memorandum brief in support of this motion setting forth the grounds and authority for the requested relief.

                                  Respectfully submitted,

By:   /s/ David B. Martinez
        David B. Martinez
        MARTINEZ, HART, THOMPSON &
        SANCHEZ, P.C.
        1801 Rio Grande Blvd. NW
        Albuquerque, NM 87104
        Telephone:  (505) 343-1776

        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January ___, 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Donna L. Chapman
Jessica C. Singer
P.O. Box 92438
Albuquerque, NM 87199
Telephone: (505) 242-6000
donna@cclawnm.com
Jessica@cclawnm.com
*Attorneys for Defendant GEICO Advantage Insurance Company for the Contractual Clams*

Meloney Perry
Perry Law P.C.
10440 North Central Expressway Suite 600
Dallas, Tx 75231
Tel: (214) 265-6224
mperry@perrylaw.com
*Attorneys for Defendant GEICO Advantage Insurance Company for extra-contractual claims*

By: /s/ David B. Martinez