IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KAITLYN BARLOW,**

    **Plaintiffs,**

    **v.**                                         **Civil Action No.: 1:17-cv-100-LF-KK**

**GEICO ADVANTAGE INSURANCE COMPANY,**

    **Defendant.**

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff Kaitlyn Barlow, by and through her counsel of record, Martinez, Hart, Thompson & Sanchez, P.C. (David B. Martinez) and Government Employees Insurance Company, by and through its counsel of record, Chapman and Charlebois, P.C. (Donna L. Chapman and Jessica C. Singer) as to the contractual claims only, and Perry Law, PC (Meloney Perry) as to the extra-contractual claims only, hereby move the Court to dismiss with prejudice Plaintiff's Complaint and all causes of action that were or could have been filed therein, on the ground the parties have reached a compromised settlement.

**WHEREFORE**, the parties respectfully request the Court enter an Order

dismissing with prejudice Plaintiff's Complaint and all causes of action that were or could have been alleged therein, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

**CHAPMAN AND CHARLEBOIS, P.C**.

*/s/Jessica C. Singer*
Donna L. Chapman
Jessica C. Singer
P.O. Box 92438
Albuquerque, NM  87199
Tel: (505) 242-6000
donna@cclawnm.com
jessica@cclawnm.com
*Attorneys for Government Employees Insurance Company as to the contractual claims only*

And

**PERRY LAW, PC**

*Via Telephonically Approved 3/8/2017*
Meloney Perry
10440 North Central Expressway, Suite 600
Dallas, TX 75231
Tel: (214) 265-6224
mperry@mperrylaw.com
*Attorney for Government Employees Insurance Company as to the extra-contractual claims only*

And

**Martinez, Hart, Thompson & Sanchez, P.C.**

*Electronically Approved 2/15/17*
David B. Martinez
1801 Rio Grande NW
Albuquerque, NM 87104
Tel: (505) 343-1776
davidm@osolawfirm.com
*Attorney for Plaintiff*