IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KAITLYN BARLOW,

    Plaintiffs,

    v.                 Civil Action No.: 1:17-cv-100 WJ/KK

GEICO ADVANTAGE INSURANCE
COMPANY,

    Defendant.

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER HAVING COME** before the Court on the parties' Motion to Dismiss with Prejudice, the Court having considered the Motion and being otherwise fully advised in the premises finds that the Motion is well taken and should be **GRANTED**.

**THE COURT FINDS** that there is no objection from any party to dismissal with prejudice of Plaintiffs' Complaint and all claims that were or could have been alleged therein.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Complaint and all causes of action that were or could have been alleged therein in the above-captioned

matter, be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

_____
UNITIED STATES DISTRICT COURT JUDGE

Approved:

*/s/Jessica C. Singer*
Donna L. Chapman
John A. Armijo
Chapman and Charlebois, P.C.
P.O. Box 92438
Albuquerque, NM 87199
Tel: (505) 242-6000
donna@cclawnm.com
john@cclawnm.com
*Attorneys for GEICO Advantage Insurance*
*Company for the Contractual Claims*


*Via Telephonically Approved 3/8/2017*
Meloney Perry
Perry Law, PC
10440 North Central Expressway, Suite 600
Dallas, TX 75231
Tel: (214) 265-6224
mperry@mperrylaw.com
*Attorney for Government Employees Insurance*
*Company as to the extra-contractual claims only*


*Electronically Approved 2/15/2017*
David B. Martinez
Martinez, Hart, Thompson & Sanchez, P.C.
1801 Rio Grande NW
Albuquerque, NM 87104
Tel: (505) 343-1776
davidm@osolawfirm.com
*Attorney for Plaintiff*